**No. 10-6493. Eric Randall Hinkle, Petitioner v. Texas.**

562 U.S. 1266, 131 S. Ct. 1595, 179 L. Ed. 2d 493, 2011 U.S. LEXIS 1817.

February 28, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1049, 131 S. Ct. 608, 178 L. Ed. 2d 443, 2010 U.S. LEXIS 8831.

**No. 10-6829. Robert Black, Jr., Petitioner v. William L. Sadler.**

562 U.S. 1266, 131 S. Ct. 1595, 179 L. Ed. 2d 493, 2011 U.S. LEXIS 1720.

February 28, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1094, 131 S. Ct. 801, 178 L. Ed. 2d 536, 2010 U.S. LEXIS 9559.

**No. 10-6907. Cals Chudeble Ifenatuorah, Petitioner v. Eric H. Holder, Jr., Attorney General.**

562 U.S. 1266, 131 S. Ct. 1595, 179 L. Ed. 2d 493, 2011 U.S. LEXIS 1856.

February 28, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1094, 131 S. Ct. 802, 178 L. Ed. 2d 536, 2010 U.S. LEXIS 9447.

**No. 10-6966. Robert H. Williams, Petitioner v. United States Court of Appeals for the Eighth Circuit, et al.**

562 U.S. 1266, 131 S. Ct. 1595, 179 L. Ed. 2d 493, 2011 U.S. LEXIS 1769.

February 28, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1143, 131 S. Ct. 978, 178 L. Ed. 2d 762, 2011 U.S. LEXIS 442.

**No. 10-7122. Tony Fore, Petitioner v. Lakeside Buses of Wisconsin, Inc.**

562 U.S. 1266, 131 S. Ct. 1596, 179 L. Ed. 2d 493, 2011 U.S. LEXIS 1746.

February 28, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1145, 131 S. Ct. 919, 178 L. Ed. 2d 767, 2011 U.S. LEXIS 603.

**No. 10-7174. Edward J. Bourgeois, Petitioner v. Drue Bergeron, Warden.**

562 U.S. 1266, 131 S. Ct. 1596, 179 L. Ed. 2d 493, 2011 U.S. LEXIS 1871.

February 28, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1147, 131 S. Ct. 923, 178 L. Ed. 2d 769, 2011 U.S. LEXIS 257.

**No. 10-7177. Jessie Milton, Petitioner v. Edwin G. Buss, Secretary, Florida Department of Corrections.**

562 U.S. 1266, 131 S. Ct. 1596, 179 L. Ed. 2d 493, 2011 U.S. LEXIS 1735.

February 28, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1147, 131 S. Ct. 923, 178 L. Ed. 2d 769, 2011 U.S. LEXIS 549.